UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARLEN BERT BROWN, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:04CV00032 SNL |
| PHILLIP HORN, | ) |
| Defendant(s). | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings [doc. #15] is **GRANTED**. Plaintiff's 42 U.S.C. § 1983 claim and his Eighth Amendment claim are **DISMISSED**, with prejudice.

So Ordered this 21st Day of March, 2006.

STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE